CHAD C. BUTERFIELD, ESQ.
Nevada State Bar No. 10532
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: chad.butterfield@jacksonlewis.com

*Attorneys for Defendant*
*First National Realty Partners LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual,<br>and<br>ACCESS 4 ALL, INC., a Florida not for Profit Corporation,<br>Plaintiffs,<br>v.<br>FIRST NATIONAL REALTY PARTNERS L.L.C., a New Jersey Limited Liability Company,<br>Defendant. | Case No. 2:26-cv-00494-ART-MDC<br><br>**MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**Second Request** |

Defendant First National Realty Partners L.L.C. ("Defendant"), by and through its undersigned counsel respectfully moves pursuant to LR IA 6-1 to extend the deadline for Defendant to file and serve its responsive pleading by fourteen (14) days, from the current deadline of September 8, 2022 to September 22, 2026. (*See* ECF No. 13.)

The requested extension is supported by good cause, as the parties are presently engaged in productive settlement negotiations such that there is a reasonable likelihood that the parties will be able to reach an agreement to resolve this matter. Defendant submits that the proposed extension will facilitate settlement efforts by reducing the attorneys' fees and costs incurred while negotiations remain ongoing.

///

The requested extension is made in good faith and not for the purpose of delay. This is the second requested extension.

Dated this 8th day of September, 2026.

JACKSON LEWIS P.C.

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendant,*
*First National Realty Partners L.L.C.*

**ORDER**

IT IS SO ORDERED.

______________________________
UNITED STATES MAGISTRATE JUDGE

Dated: 10-21-26

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 8th day of September, 2026, I caused to be served upon all registrants via the Court's electronic filing and service system a true and correct copy of the above foregoing **MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE (Second Request)**.

Lee I. Iglody, Esq.
Nevada Bar No. 7757
2580 St. Rose Pkwy, Suite 330
Henderson, Nevada 89074

Daniel F. Dickenson, Esq.
Florida Bar No. 28919 (Pro Hac Vice)
THE MINEO SALCEDO
LAW FIRM, P.A.
5600 Davie Road
Davie, Florida 33314

Attorneys for Plaintiffs
*John Meggs and Access 4 All, Inc.*

*/s/ Chad C. Butterfield*
Employee of Jackson Lewis P.C.